UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  14-14044-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

BRANDON KEITH GALLANDER,

      Defendant.

_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. on August 22, 2014 [DE 20].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**.  The Defendant is hereby adjudicated guilty and sentencing is set for Friday, November 7, 2014 at 10:30 a.m. in Ft. Pierce, Florida.

**DONE and ORDERED** in West Palm Beach, this 8th day of September, 2014.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

cc:    All counsel